GAY CROSTHWAIT GRUNFELD – 121944
ERNEST GALVAN – 196065
MICHAEL FREEDMAN – 262850
JESSICA WINTER – 294237
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104
Email:	ggrunfeld@rbgg.com
	egalvan@rbgg.com
	mfreedman@rbgg.com
	jwinter@rbgg.com

PRIYA ARVIND PATEL – 295602
CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, California  94601-3402
Telephone:	(510) 437-1554
Email:	ppatel@centrolegal.org

LISA V. KNOX – 279406
CALIFORNIA COLLABORATIVE
  FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:	(510) 230-6746
Email:	lisa@ccijustice.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| JOSE RUBEN HERNANDEZ GOMEZ; SALESH PRASAD; GUILLERMO MEDINA REYES; EDGAR SANCHEZ; ADAN CASTILLO MERINO; IVAN OLIVA SIERRA; FIDEL GARCIA, ISAAC CARDONA HERNANDEZ, and PEDRO JESUS FIGUEROA PADILLA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　　v.<br>THE GEO GROUP, INC.,<br>　　　　　　Defendant. | Case No. 1:22-cv-00868-BAK (EPG)<br><br>**PROOF OF SERVICE**<br><br>Judge:	Hon. Erica P. Grosjean<br>	Magistrate Judge<br><br>Trial Date:	None Set |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: ERNEST GALVAN | SBN: 196065 <br> Rosen, Bien, Galvan & Grunfeld LLP <br> 101 Mission Street, Sixth Floor   San Francisco, CA 94105 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (415) 433-6830 | FAX NO. | E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: Plaintiff: | |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 2500 TULARE STREET
MAILING ADDRESS:
CITY AND ZIP CODE: FRESNO, CA 93721
BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: JOSE RUBEN HERNANDEZ GOMEZ, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE GEO GROUP, INC. | 1:22-cv-00868-BAK (EPG) |
| **PROOF OF SERVICE** | Ref. No. or File No.: 1785-01 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; NOTICE OF TEMPORARY MAGISTRATE JUDGE REFERRAL; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; INITIAL SCHEDULING ORDER, CASES ASSIGNED UNDER APP.A.SUB (M); SCHEDULING CONFERENCE WORKSHEET (BLANK); MAGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS!; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION**

PARTY SERVED:   THE GEO GROUP, INC.
PERSON SERVED:  Laura Baker - Authorized Agent
DATE & TIME OF DELIVERY:  7/28/2022  12:48 PM
ADDRESS, CITY, AND STATE:  4640 ADMIRALTY WAY, 5TH FLOOR  MARINA DEL REY, CA 90292

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 162.75
County: SANTA CLARA
Registration No.: PS1664
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 1785-01

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 29, 2022

Signature: *[signed]* JOSE SANJINES

**PROOF OF SERVICE**

(a)(23)[New July 1, 1987]                                                                            Order#: P195370/General