Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600       Fax:  213.236.2700

Wayne Calabrese
*(Admitted Pro Hac Vice)*
E-mail: wcalabrese@geogroup.com
Joseph Negron
*(Admitted Pro Hac Vice)*
E-mail:  jnegron@geogroup.com
THE GEO GROUP, INC.
4955 Technology Way
Boca Raton, Florida 33431
Tel: (561) 999-7344      Fax: (561) 999-7647

Attorneys for Defendant
THE GEO GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUBEN HERNANDEZ GOMEZ; SALESH PRASAD; GUILLERMO MEDINA REYES; EDGAR SANCHEZ; ADAN CASTILLO MERINO; IVAN OLIVA SIERRA; FIDEL GARCIA, ISAAC CARDONA HERNANDEZ, and PEDRO JESUS FIGUEROA PADILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00868-ADA-CDB<br><br>**STIPULATION TO STAY BRIEFING ON DEFENDANT'S MOTION TO DISMISS PENDING A RULING ON PLAINTIFFS' MOTION TO AMEND THE COMPLAINT**<br><br>[*Proposed Order filed concurrently herewith*]<br><br>Judge:    Honorable Ana de Alba |

WHEREAS, Defendant The GEO Group, Inc. has filed a Motion to Dismiss Plaintiffs' First Amended Complaint [Dkt. 32];

WHEREAS, Plaintiffs have filed a Motion to Amend [Dkt. 36], seeking to

file a Second Amended Complaint;

WHEREAS, Defendant's Reply brief in support of their Motion to Dismiss Plaintiffs' First Amended Complaint [Dkt. 32] is due on November 18, 2022;

WHEREAS, the parties would like to avoid potentially unnecessary expense or duplication of efforts;

THE PARTIES HEREBY STIPULATE, subject to the Court's approval, that the deadline for Defendant's Reply brief in support of the Motion to Dismiss [Dkt. 32] shall be stayed pending a ruling on the Motion to Amend [Dkt. 36].  Defendant shall file its Reply brief within ten (10) days after the Court's ruling on the Motion to Amend.

IT IS SO STIPULATED.

Dated:  November 14, 2022          BURKE, WILLIAMS & SORENSEN, LLP


                                  By:  /s/ *Susan E. Coleman*
                                       Susan E. Coleman

                                  Attorneys for Defendant
                                  THE GEO GROUP, INC.


Dated:  November 14, 2022          THE GEO GROUP, INC.


                                  By: /s/ *Wayne Calabrese*
                                       Wayne Calabrese
                                       Joseph Negron

                                  Attorneys for Defendant
                                  THE GEO GROUP, INC.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

1:22-CV-00868-ADA-CDB
STIPULATION RE BRIEFING

Dated:  November 14, 2022

ROSEN BIEN GALVAN & GRUNFELD LLP
CENTRO LEGAL DE LA RAZA
CALIFORNIA COLLABORATIVE


By: /s/ *Ben Hattem, authorized on 11/14/22*
          Gay Crosthwait Grunfeld
          Ernest Galvan
          Michael Freedman
          Jessica Winter
          Ben Hattem
          Priya Arvind Patel
          Lisa V. Knox

Attorneys for Plaintiffs

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

1:22-CV-00868-ADA-CDB
STIPULATION RE BRIEFING