UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUBEN HERNANDEZ GOMEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 1:22-cv-00868-ADA-CDB<br><br>ORDER ON STIPULATION STAYING BRIEFING ON DEFENDANT'S MOTION TO DISMISS PENDING A RULING ON PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>(ECF No. 40) |

Plaintiffs filed a Complaint for Declaratory and Injunctive Relief, Damages and Jury Trial Demand against Defendant on July 13, 2022. (ECF No. 1). On September 15, 2022, Defendant filed a Motion to Dismiss. (ECF No. 16). On October 4, 2022, Plaintiffs filed a First Amended Complaint against Defendant. (ECF No. 24). On October 29, 2022, Defendant filed a Motion to Dismiss Plaintiffs' First Amended Complaint. On November 8, 2022, Plaintiffs filed an Opposition to Defendant's Motion to Dismiss and a Motion to Amend the Complaint. (ECF Nos. 35-36). On November 14, 2022, the parties filed a Stipulation to Stay Briefing on Defendant's Motion to Dismiss Pending a Ruling on Plaintiff's Motion to Amend the Complaint. (ECF No. 40).

/ / /

Based on the parties' representations in the Stipulation, and good cause shown, IT IS HEREBY ORDERED THAT:

1. Defendant's reply brief in support of the Motion to Dismiss shall be stayed pending a ruling on the Motion to Amend; and

2. If the Court denies Plaintiffs' Motion to Amend, Defendant shall file its reply brief in support of the pending Motion to Dismiss within ten (10) days of the date the Order is issued denying Plaintiff's Motion to Amend.

IT IS SO ORDERED.

Dated:   **November 15, 2022**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE