UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSE RUBEN HERNANDEZ GOMEZ; SALESH PRASAD; GUILLERMO MEDINA REYES; EDGAR SANCHEZ; ADAN CASTILLO MERINO; IVAN OLIVA SIERRA; FIDEL GARCIA, ISAAC CARDONA HERNANDEZ, and PEDRO JESUS FIGUEROA PADILLA, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE GEO GROUP, INC.; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 1:22-CV-00868-ADA-CDB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Judge:     Hon. Ana de Alba<br>Magistrate:  Hon. Christopher D. Baker |

[4223214.1]

Case No. 1:22-CV-00868-ADA-CDB

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

**[PROPOSED ORDER]**

Plaintiffs' Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion to Dismiss is GRANTED.  Plaintiffs shall file the Sur-Reply electronically as a standalone docket entry in this case.

IT IS SO ORDERED.

DATED:  _____, 2023        _____

Honorable Ana de Alba
United States District Judge

[4223214.1]                                                    2                    Case No. 1:22-CV-00868-ADA-CDB
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS