Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Wayne Calabrese
*(Admitted Pro Hac Vice)*
E-mail: wcalabrese@geogroup.com
Joseph Negron
*(Admitted Pro Hac Vice)*
E-mail: jnegron@geogroup.com
THE GEO GROUP, INC.
4955 Technology Way
Boca Raton, Florida 33431
Tel: (561) 999-7344    Fax: (561) 999-7647

Attorneys for Defendant
THE GEO GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUBEN HERNANDEZ GOMEZ; SALESH PRASAD; GUILLERMO MEDINA REYES; EDGAR SANCHEZ; ADAN CASTILLO MERINO; IVAN OLIVA SIERRA; FIDEL GARCIA, ISAAC CARDONA HERNANDEZ, and PEDRO JESUS FIGUEROA PADILLA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 1:22-cv-00868-ADA-CDB <br><br> **STIPULATION TO CONTINUE BRIEFING DEADLINES ON MOTIONS FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION** <br><br> [*Proposed Order filed concurrently herewith*] <br><br> Judge:    Honorable Ana de Alba |

///

///

///

4854-5571-9014 v3

Pursuant to Local Rule 144, the Parties hereby jointly submit their stipulation to extend GEO's deadline to respond to Plaintiffs' Motion for Class Certification [Dkt. 57] and Plaintiffs' Motion for Summary Judgment [Dkt. 58] up to and including **August 4, 2023** and Plaintiffs' deadline to file a replies up to and including **September 1, 2023.**  The Parties state as follows in support:

1.      WHEREAS, Plaintiffs filed their Second Amended Complaint on December 23, 2022, on behalf of themselves and others similarly situated, for declaratory and injunctive relief and damages.  Plaintiffs contend the practice at the Mesa Verde ICE Processing Center and the Golden State Annex, operated by GEO, of paying detainees $1 per day under the Voluntary Work Program constitutes a violation of California minimum wage laws, and Plaintiffs assert that their other responsibilities at the Facilities constitute illegal human trafficking.  Plaintiffs bring claims under the California Minimum Wage Law, the California Unfair Competition Law, Unjust Enrichment, the California Trafficking Victims Protection Act, the Federal Trafficking Victims Protection Act, and PAGA.

2.      WHEREAS, Plaintiffs filed a Motion for Summary Judgment and a Motion for Partial Class Certification [Dkts. 57-60] on May 18, 2023, supported with numerous exhibits and the Declarations of 15 detainees;

3.      WHEREAS, the current deadline to oppose Plaintiffs' Motion for Summary Judgment and Motion for Partial Class Certification is June 1, 2023, under Local Rule 230;

4.      WHEREAS, no prior extensions have been requested with respect to Plaintiffs' Motions for Summary Judgment and Motion for Partial Class Certification;

5.      WHEREAS, in order to properly oppose the Motions, Defense counsel believes it needs to conduct relevant discovery, including the taking of depositions of up to 15 individuals who have provided Declarations in connection with the Motions, keeping in mind the pre-existing litigation schedules of counsel.  Plaintiffs

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

4854-5571-9014 v3                          - 2 -                    1:22-CV-00868-ADA-CDB
STIPULATION RE BRIEFING

do not hereby stipulate that good cause exists to exceed the 10-deposition limit of Federal Rule of Civil Procedure 30(a)(2)(A)(i);

6.      WHEREAS, the parties have met and conferred and agreed to extend the time for both sides in order to properly brief these Motions;

THE PARTIES HEREBY STIPULATE, subject to the Court's approval, that the deadline for Defendant's Opposition briefs to Plaintiffs' Motion for Summary Judgment and Motion for Provisional Class Certification shall be continued to August 4, 2023, and that the deadline for Plaintiffs' reply briefs shall be continued to September 1, 2023;

IT IS SO STIPULATED.

Dated:  May 25, 2023            BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ *Susan E. Coleman*
        Susan E. Coleman

Attorneys for Defendant
THE GEO GROUP, INC.


Dated:  May 25, 2023            THE GEO GROUP, INC.


By: /s/ *Wayne Calabrese*
        Wayne Calabrese
        Joseph Negron

Attorneys for Defendant
THE GEO GROUP, INC.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4854-5571-9014 v3            - 3 -            1:22-CV-00868-ADA-CDB
STIPULATION RE BRIEFING

Dated:  May 25, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP
CENTRO LEGAL DE LA RAZA
CALIFORNIA COLLABORATIVE


By: /s/ *Ben Hattem, authorized on*
    Gay Crosthwait Grunfeld
    Ernest Galvan
    Michael Freedman
    Ben Hattem
    Priya Arvind Patel
    Trevor Kosmo
    Lisa V. Knox

Attorneys for Plaintiffs

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4854-5571-9014 v3      - 4 -      1:22-CV-00868-ADA-CDB
STIPULATION RE BRIEFING