UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUBEN HERNANDEZ GOMEZ, *et al*. | Case No. 1:22-cv-00868-ADA-CDB |
| Plaintiffs, | ORDER GRANTING SUBSTITUTION OF ATTORNEY |
| v. | (Doc. 65) |
| THE GEO GROUP, INC. | |
| Defendant. | |

The Court has read and considered Defendant's request to substitute Dirk B. Paloutzin, as counsel of record in place of Susan Eileen Coleman. (Doc. 65). The request is in compliance with Local Rule 182(2)(g). Accordingly, Defendant's request to substitute attorney is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **June 13, 2023**                    _____

UNITED STATES MAGISTRATE JUDGE