UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSE RUBEN HERNANDEZ GOMEZ; SALESH PRASAD; GUILLERMO MEDINA REYES; EDGAR SANCHEZ; ADAN CASTILLO MERINO; IVAN OLIVA SIERRA IVAN; FIDEL GARCIA; ISAAC CARDONA HERNANDEZ, and PEDRO JESUS FIGUEROA PADILLA, individually and on behalf of all others similarly situated, | Case No. 1:22-CV-00868-ADA-CDB **[PROPOSED] ORDER GRANTING REQUEST FOR STATUS CONFERENCE** |
| Plaintiffs, | |
| v. | |
| THE GEO GROUP, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

NOW before the Court is Defendant The GEO Group, Inc.'s June 22, 2023 Request for Status Conference pursuant to Local Rule 240(a)(7). (ECF No. 67.)

The Court hereby GRANTS the request for a status conference and hereby ORDERS follows:

3309659v1 / 24299.0001

1

[PROPOSED] ORDER GRANTING REQUEST FOR STATUS CONFERENCE_____

A Status Conference will be held on _____, 2023 at _____a.m./p.m., before the Honorable _____.

IT IS SO ORDERED.

Dated: _____        _____

[PROPOSED] ORDER GRANTING STATUS CONFERENCE_____

## PROOF OF SERVICE

**GOMEZ, et al. v. THE GEO GROUP, INC.**
**U.S. District Court Case No. 1:22-CV-00868-ADA-CDB**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Fresno, State of California.  My business address is 5260 North Palm Avenue, Suite 201, Fresno, CA 93704.

On June 23, 2023, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING REQUEST FOR STATUS CONFERENCE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 23, 2023, at Fresno, California.

_____/s/ Angela R. Thomson_____
Angela R. Thomson

**SERVICE LIST**
*GOMEZ, et al. v. THE GEO GROUP, INC.*
**U.S. District Court Case No. 1:22-CV-00868-ADA-CDB**

Gay Crosthwait Grunfeld                                    *ATTORNEYS FOR PLAINTIFFS*
Ernest Galvan
Michael Freedman
Jessica Winter
Ben Hattem
ROSEN, BIEN, GALVAN & GRUNFELD, LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Tel: (415) 433-6830
Fax: (415) 433-7104
Email: ggrunfeld@rbgg.com
       egalvan@rbgg.com
       mfreedman@rbgg.com
       jwinter@rbgg.com
       bhattem@rbgg.com


Priya Arvind Patel
Trevor Kosmo
CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, California  94601-3402
Tel: (510) 437-1554
Email:  ppatel@centrolegal.org
        tkosmo@centrallegal.org


Lisa V. Knox
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Tel: (510) 230-6746
Email: lisa@ccijustice.org