UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUBEN HERNANDEZ GOMEZ, *et al*. | Case No. 1:22-cv-00868-ADA-CDB |
| Plaintiffs, | ORDER GRANTING APPLICATION OF ADRIENNE C. SCHEFFEY TO PRACTICE *PRO HAC VICE* |
| v. | |
| THE GEO GROUP, INC., | (Doc. 71) |
| Defendant. | |

The Court has read and considered the application of Adrienne C. Scheffey, attorney for Defendant The Geo Group, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 71). In light of the application and for good cause appearing Adrienne C. Scheffey's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __**June 29, 2023**__     _____
UNITED STATES MAGISTRATE JUDGE