GAY CROSTHWAIT GRUNFELD – 121944
ERNEST GALVAN – 196065
MICHAEL FREEDMAN – 262850
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:        ggrunfeld@rbgg.com
                   egalvan@rbgg.com
                   mfreedman@rbgg.com

LISA V. KNOX – 279406
MARIEL VILLAREAL – 317048
PRIYA ARVIND PATEL – 295602
CALIFORNIA COLLABORATIVE
  FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone:  (510) 230-6746
Email:        lisa@ccijustice.org
                   mariel@ccijustice.org
                   priya@ccijustice.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSE RUBEN HERNANDEZ GOMEZ; SALESH PRASAD; GUILLERMO MEDINA REYES; EDGAR SANCHEZ; ADAN CASTILLO MERINO; IVAN OLIVA SIERRA; FIDEL GARCIA, ISAAC CARDONA HERNANDEZ, and PEDRO JESUS FIGUEROA PADILLA, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>        v.<br><br>THE GEO GROUP, INC.; and DOES 1 through 10, inclusive,<br>                  Defendants. | Case No. 1:22-CV-00868-NODJ-CDB<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND REQUEST TO REMOVE NAME FROM ELECTRONIC SERVICE LIST**<br><br>Judge:     NODJ<br>Magistrate: Hon. Christopher D. Baker<br><br>Trial Date:  None Set |

1  PLEASE TAKE NOTICE that attorney Benjamin Hattem, previously associated
2 with Rosen Bien Galvan & Grunfeld LLP ("RBGG"), no longer works on this case.  Please
3 remove Mr. Hattem's name from the electronic service list in the above-captioned case.
4 RBGG attorneys listed above remain as counsel for Plaintiffs.

5  Please continue to direct pleadings, motions, notices, correspondence, and other
6 papers relating to the above-captioned case to the above-listed attorneys for Plaintiffs.

8 DATED:  December 26, 2023           Respectfully submitted,

           ROSEN BIEN GALVAN & GRUNFELD LLP

           By:  */s/ Ernest Galvan*
                Ernest Galvan

           Attorneys for Plaintiffs