# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSE RUBEN HERNANDEZ GOMEZ,

          Plaintiff,

          v.

THE GEO GROUP, INC.,

          Defendant.

NO.  **1:22–CV–00868–KES–CDB**

**ORDER OF REASSIGNMENT**

The court, having considered the appointment of **District Judge Kirk E. Sherriff**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

**IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby reassigned from **No District Court Judge (NODJ)** to **District Judge Kirk E. Sherriff** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:  **1:22–CV–00868–KES–CDB**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:   March 14, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE