1  Joseph Negron, Jr.
(Admitted Pro Hac Vice)
2  E-mail: jnegron@geogroup.com
The GEO Group, Inc.
3  4955 Technology Way
Boca Raton, Florida 33431
4  Tel: 561.999.7344
Facsimile: 561.999.7647
5
Adrienne C. Scheffey
6  (Admitted Pro Hac Vice)
E-mail: ascheffey@bfwlaw.com
7  Burns Figa & Will
6400 S. Fiddlers Green Circle, Suite 1000
8  Greenwood Village, Colorado 80111
Tel: 303.796.2626
9  Facsimile: 303.796.7777

10  Dirk B. Paloutzian #173676
E-mail: dpaloutzian@bakermanock.com
11  Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
12  Fresno, California 93704
Tel: 559.432.5400
13  Facsimile: 559.432.5620

14  Attorneys for  The GEO Group, Inc.

15               UNITED STATES DISTRICT COURT

16     EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

17  JOSE RUBEN HERNANDEZ                Case No. 1:22-CV-00868-KES-CDB
GOMEZ; SALESH PRASAD;
18  GUILLERMO MEDINA REYES;             **JOINT STATUS REPORT – 90 DAY**
EDGAR SANCHEZ; ADAN
19  CASTILLO MERINO; IVAN OLVIA
SIERRA; FIDEL GARCIA; ISAAC
20  CARDONA HERNANDEZ, and             District Judge: Kirk E. Sherriff
PEDRO JESUS FIGUEROA               Magistrate Judge: Christopher D. Baker
21  PADILLA, individually and on behalf
of all others similarly situated,      Trial Date; None set
22
Plaintiffs,
23
v.
24
THE GEO GROUP, INC.; and DOES 1
25  through 10, inclusive, ,

26               Defendants.

27

28

3527881v2 / 24299.0001                        1

1    The Parties hereby jointly submit their Joint Status report, as required by this

2  Court's Order staying the instant case [ECF 75], regarding the appellate proceedings

3  in *Nwauzor v.The GEO Group, Inc.*, No. 3:17-cv-05769-RJB (W.D. Wash.), appeal

4  docketed, No. 21-36024 (9th Cir. Jan. 11, 2022), and *Washington v. The GEO*

5  *Group, Inc.*, No. 3:17-cv-05806-RJB (W.D. Wash.), appeal docketed, No. 21-36025

6  (9th Cir. Jan.11, 2022) (collectively, the "Consolidated Washington Appeals").

7    On February 21, 2024, the United States/Department of Justice filed a brief as

8  amicus curiae in support of Appellant GEO in the Consolidated Washington

9  Appeals.  Appellees Nwauzor et. al. and the State of Washington filed responsive

10  supplemental briefs on March 22, 2024.  The United States/Department of Justice

11  filed a supplemental reply brief on April 12, 2024.

12    No opinion has been issued at this time and the case remains under review by

13  the Ninth Circuit.

14

15  Dated:  July 1, 2024          BAKER MANOCK & JENSEN, PC

16

17

18                    By:    */s/ Dirk B. Paloutzian*
                         Dirk B. Paloutzian
19                         Attorneys for The GEO Group, Inc.

20

21  Dated:  July 1, 2024          THE GEO GROUP, INC.

22

23

24                    By: */s/ Joseph Negron, Jr. (as authorized on 6/28/24*
                         Joseph Negron, Jr.
25                         Attorneys for The GEO Group, Inc.

26

27

28

3527881v2 / 24299.0001                    2

1

Dated:  July 1, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE

2

3

4

By: */s/ Ernest Galvan (as authorized on 6/30/24)*
     Ernest Galvan
     Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3527881v2 / 24299.0001

3

## PROOF OF SERVICE

**GOMEZ, et al. v. THE GEO GROUP, INC.**
**U.S. District Court Case No. 1:22-CV-00868-KES-CDB**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Fresno, State of .  My business address is 5260 North Palm Avenue, Suite 201, Fresno, CA 93704.

On July 1, 2024, I served true copies of the following document(s) described as **JOINT STATUS REPORT – 90 DAY** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 1, 2024, at Fresno, California.

/s/ Angela R. Thomson
_____
Angela R. Thomson

3527881v2 / 24299.0001

1

JOINT STATUS REPORT - 90 DAY

**SERVICE LIST**
*GOMEZ, et al. v. THE GEO GROUP, INC.*
**U.S. District Court Case No. 1:22-CV-00868-ADA-CDB**

Gay Crosthwait Grunfeld                          *ATTORNEYS FOR PLAINTIFFS*
Ernest Galvan
Michael Freedman
Jessica Winter
ROSEN, BIEN, GALVAN & GRUNFELD,
LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Tel: (415) 433-6830
Fax: (415) 433-7104
Email: ggrunfeld@rbgg.com
          egalvan@rbgg.com
          mfreedman@rbgg.com
          jwinter@rbgg.com


Lisa V. Knox
Priya Arvind Patel
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Tel: (510) 230-6746
Email: lisa@ccijustice.org
          priya@ccijustice.org