1  GAY CROSTHWAIT GRUNFELD – 121944
   ERNEST GALVAN – 19606
2  MICHAEL FREEDMAN – 262850
   ROSEN BIEN GALVAN & GRUNFELD LLP
3  101 Mission Street, Sixth Floor
   San Francisco, California  94105-1738
4  Telephone:    (415) 433-6830
   Facsimile:    (415) 433-7104
5  Email:        ggrunfeld@rbgg
                 egalvan@rbgg.com
6                mfreedman@rbgg.com

7  LISA V. KNOX – 279406
   MARIEL VILLAREAL – 317048
8  PRIYA ARVIND PATEL – 295602
   CALIFORNIA COLLABORATIVE
9    FOR IMMIGRANT JUSTICE
   1999 Harrison Street, Suite 1800
10 Oakland, California  94612-4700
   Telephone:    (510) 230-6746
11 Email:        lisa@ccijustice.org
                 mariel@ccijustice.org
12               priya@ccijustice.org

13 Attorneys for Plaintiffs
   (Additional Counsel on signature page)
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| JOSE RUBEN HERNANDEZ GOMEZ; SALESH PRASAD; GUILLERMO MEDINA REYES; EDGAR SANCHEZ; ADAN CASTILLO MERINO; IVAN OLIVA SIERRA; FIDEL GARCIA, ISAAC CARDONA HERNANDEZ, and PEDRO JESUS FIGUEROA PADILLA, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>THE GEO GROUP, INC.; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.  1:22-CV-00868-KES-CDB<br><br>**NOTICE OF APPEARANCE OF GEORGE A. WARNER**<br><br>Judge:        Hon. Kirk E. Sherriff<br>Magistrate:   Hon. Christopher D. Baker<br><br>Trial Date:   None Set |

Case No:1:22-CV-00868-KES-CDB
NOTICE OF APPEARANCE OF GEORGE A. WARNER

TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that George A. Warner (SBN 320241) of Legal Aid at Work hereby appears as counsel in this action for Plaintiffs Jose Ruben Hernandez Gomez; Salesh Prasad; Guillermo Medina Reyes; Edgar Sanchez; Adan Castillo Merino; Ivan Oliva Sierra; Fidel Garcia, Isaac Cardona Hernandez, and Pedro Jesus Figueroa Padilla.  Please direct copies of all pleadings, papers, and orders to:

> George A. Warner
> Legal Aid at Work
> 180 Montgomery Street, Suite 600
> San Francisco, CA 94104
> Telephone:(415) 864-8848
> Facsimile:(415) 593-0096
> Email: gwarner@legalaidatwork.org

Dated: January 29, 2025                Respectfully submitted,

                                       LEGAL AID AT WORK


                                   By: /s/ George A Warner
                                       GEORGE A. WARNER – 320241
                                       KIMBERLY OUILLETTE – 326562
                                       LEGAL AID AT WORK
                                       180 Montgomery Street, Suite 600
                                       San Francisco, California  94104
                                       Telephone:   (415) 864-8848
                                       Facsimile:   (415)593-00963
                                       Email:       kouillette@legalaidatwork.org
                                                    gwarner@legalaidatwork.org

                                       Attorneys for Plaintiffs

1                Case No. 1:22-CV-00868-KES-CDB
NOTICE OF APPEARANCE OF GEORGE A. WARNER