Joseph Negron, Jr.
(Admitted Pro Hac Vice)
E-mail: jnegron@geogroup.com
The GEO Group, Inc.
4955 Technology Way
Boca Raton, Florida 33431
Tel: 561.999.7344
Facsimile: 561.999.7647

Adrienne C. Scheffey
(Admitted Pro Hac Vice)
E-mail: ascheffey@bfwlaw.com
Burns Figa & Will
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, Colorado 80111
Tel: 303.796.2626
Facsimile: 303.796.7777

Dirk B. Paloutzian #173676
E-mail: dpaloutzian@bakermanock.com
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704
Tel: 559.432.5400
Facsimile: 559.432.5620

Attorneys for     The GEO Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSE RUBEN HERNANDEZ GOMEZ; SALESH PRASAD; GUILLERMO MEDINA REYES; EDGAR SANCHEZ; ADAN CASTILLO MERINO; IVAN OLVIA SIERRA; FIDEL GARCIA; ISAAC CARDONA HERNANDEZ, and PEDRO JESUS FIGUEROA PADILLA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE GEO GROUP, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 1:22-CV-00868-KES-CDB<br><br>JOINT STATUS REPORT<br><br>Judge:      Hon. Kirk E. Sherriff<br>Magistrate: Hon. Christopher D. Baker<br><br>Trial Date: None Set |

3753819v1 / 24299.0001                                                                                        1

1    The Parties hereby submit a joint status report pursuant to this Court's Order
2 staying the instant case [ECF 75] regarding the appellate proceedings in *Nwauzor v. The GEO*
3 *Group, Inc.*, No. 3:17-cv-05769-RJB (W.D. Wash.), appeal docketed, No. 21-36024 (9th Cir. Jan.
4 11, 2022), and *Washington v. The GEO Group, Inc.*, No. 3:17-cv-05806-RJB (W.D. Wash.),
5 appeal docketed, No. 21-36025 (9th Cir. Jan. 11, 2022).
6    Pursuant to this Court's Order Granting Defendant's Motion to Stay [ECF 75], the
7 Court ordered the parties "to file a joint report addressing the status of these cases 90 days from
8 the date of entry of this order, and thereafter, every 90 days and within 14 days of the
9 aforementioned cases being ruled upon by the Ninth Circuit. The parties' final report upon the
10 resolution of any case must set forth the parties' positions as to the case's impact on this instant
11 litigation and whether the stay should be maintained or lifted."
12    On January 16, 2025, in a 2-1 decision, a divided panel of the Ninth Circuit voted
13 to affirm the District Court's judgment in the aforementioned cases. On February 6, 2025, The
14 GEO Group, Inc. timely filed its Petition for Rehearing En Banc. On February 10, 2025, this Court
15 entered its Minute Order [ECF 92] maintaining the stay of the instant matter and ordering the
16 parties to notify the Court within seven days after the Ninth Circuit either grants the currently
17 pending petition or issues its mandate.
18    Further, on March 20, 2025, the United States filed an Amicus Brief with the Ninth
19 Circuit. The Ninth Circuit ordered responses from Plaintiffs that were filed on April 17, 2025. A
20 final mandate has not been issued by the Ninth Circuit and the appeal remains pending until
21 resolution of the Petition for Rehearing.
22    In summary, there is no new information to report since the filing of the Parties'
23 most recent Joint Status Report on April 30, 2025 [ECF 93].
24                                       Respectfully submitted,
25 / / /
26 / / /
27 / / /
28 / / /

| | |
|---|---|
| Dated: July 29, 2025 | BAKER MANOCK & JENSEN, PC |

By: _____/s/ Dirk Paloutzian_____
    Dirk B. Paloutzian
    Attorneys for The GEO Group, Inc.

Dated: July 29, 2025   THE GEO GROUP, INC.

By: */s/ Joseph Negron Jr (as authorized on 7/23/25)*
    Joseph Negron, Jr.
    Attorneys for The GEO Group, Inc.

Dated: July 29, 2025   ROSEN BIEN GALVAN & GRUNFELD LLP
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE

By: */s/ Ernest Galvan (as authorized on 7/29/25)*
    Ernest Galvan
    Attorneys for Plaintiffs

# PROOF OF SERVICE

**GOMEZ, et al. v. THE GEO GROUP, INC.**
**U.S. District Court Case No. 1:22-CV-00868-ADA-CDB**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Fresno, State of . My business address is 5260 North Palm Avenue, Suite 201, Fresno, CA 93704.

On July 29, 2025, I served true copies of the following document(s) described as **JOINT STATUS REPORT** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 29, 2025, at Fresno, California.

Lora L. Alves