Adrienne C. Scheffey
(Admitted Pro Hac Vice)
E-mail: acs@jkwlawyers.com
Jennings Haug Keleher McLeod Waterfall LLP
3300 E. 1st Ave., Suite 590
Denver, Colorado 80206
Tel: 720.509.0280

Dirk B. Paloutzian #173676
E-mail: dpaloutzian@bakermanock.com
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704
Tel: 559.432.5400
Facsimile: 559.432.5620

Attorneys for The GEO Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSE RUBEN HERNANDEZ GOMEZ; SALESH PRASAD; GUILLERMO MEDINA REYES; EDGAR SANCHEZ; ADAN CASTILLO MERINO; IVAN OLVIA SIERRA; FIDEL GARCIA; ISAAC CARDONA HERNANDEZ, and PEDRO JESUS FIGUEROA PADILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:22-CV-00868-KES-CDB<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Kirk E. Sherriff<br>Magistrate: Hon. Christopher D. Baker<br><br>Trial Date: None Set |

The Parties hereby submit a joint status report pursuant to this Court's Order staying the instant case [ECF 75] regarding the appellate proceedings in *Nwauzor v. The GEO Group, Inc.*, No. 3:17-cv-05769-RJB (W.D. Wash.), appeal docketed, No. 21-36024 (9th Cir. Jan. 11, 2022), and *Washington v. The GEO Group, Inc.*, No. 3:17-cv-05806-RJB (W.D. Wash.), appeal docketed, No. 21-36025 (9th Cir. Jan. 11, 2022).

Pursuant to this Court's Order Granting Defendant's Motion to Stay [ECF 75], the Court ordered the parties "to file a joint report addressing the status of these cases 90 days from the date of entry of this order, and thereafter, every 90 days and within 14 days of the aforementioned cases being ruled upon by the Ninth Circuit. The parties' final report upon the resolution of any case must set forth the parties' positions as to the case's impact on this instant litigation and whether the stay should be maintained or lifted."

On January 16, 2025, in a 2-1 decision, a divided panel of the Ninth Circuit voted to affirm the District Court's judgment in the aforementioned cases. On February 6, 2025, The GEO Group, Inc. timely filed its Petition for Rehearing En Banc. On February 10, 2025, this Court entered its Minute Order [ECF 92] maintaining the stay of the instant matter and ordering the parties to notify the Court within seven days after the Ninth Circuit either grants the currently pending petition or issues its mandate. On March 20, 2025, the United States of America filed an Amicus brief supporting GEO's Petition for Rehearing or Rehearing En Banc. (Dkt. 157.) The Ninth Circuit ordered responses from Plaintiffs that were filed on April 17, 2025. (Dkt. 159-160.)

On August 13, 2025, the Ninth Circuit Panel denied GEO's Petition for Panel Rehearing or Rehearing En Banc with certain judges dissenting. (Dkt. 162.) Regarding the denial of rehearing en banc, Chief Judge Murguia and Judge W. Fletcher wrote briefly to emphasize three points concerning Judge Bumatay's dissent from denial of rehearing en banc. First, the majority opinion's holding did not discriminate against the federal government. The employment of plaintiffs—civil detainees—was part of a private company's business model, and the Washington Minimum Wage Act regulated this type of private business activity uniformly regardless of whether the entity is contracting with the federal or state government. Second, the panel majority disagreed with the new argument in the dissent from denial of rehearing en banc, not made by any party or amicus, that plaintiffs were not "employees" and Washington therefore could not apply its Minimum Wage Act. Third, the dissent's equation of the federal government and its contractors was contrary to long-settled law.

Dissenting from the denial of rehearing en banc, Judge Bumatay, joined by Judges Callahan and VanDyke, wrote that this case should be reheard en banc because, in addition to the

reasons cited in Judge Bennett's dissent, reclassifying detainees as "employees" and applying the minimum wage law would interfere with the performance of a federal operation. The dissent noted that the panel majority's decision sets a dangerous precedent because it allows any State to impair any federal policy—no matter how central to the federal government— so long as the State regulates federal contractors rather than the federal government itself. Also dissenting from the denial of rehearing en banc, Judge Collins, joined by Judges R. Nelson and Bress, wrote that, for substantially the reasons set forth in Judge Bennett's panel dissent, he agreed that the panel majority's decision contravened controlling Ninth Circuit and Supreme Court precedent applying the doctrines of intergovernmental immunity and federal preemption.

On August 18, 2025, GEO filed a Motion to Stay the Mandate Pending Disposition of a Petition for Certiorari. (Dkt. 165.) On September 2, 2025, the Ninth Circuit granted GEO's Unopposed Motion to Stay the Mandate Pending Disposition of a Petition for Certiorari. (Dkt. 166.) The Ninth Circuit ordered that "[t]he mandate is stayed for a period not to exceed 90 days pending the filing of the petition for writ of certiorari in the Supreme Court. Should Appellants file for a writ of certiorari, the stay shall continue until final disposition by the Supreme Court." (*Id.*).

On January 9, 2026, GEO filed its Petition for a Writ of Certiorari to the United States Supreme Court. Plaintiffs filed their Opposition Brief on April 10, 2026. GEO's Reply Brief was filed on April 22, 2026. On May 18, 2026, the United States Supreme Court requested the views of the United States Solicitor General. There is no deadline for the submission of the views of the Solicitor General. Accordingly, the Ninth Circuit's mandate remains stayed pending further proceedings.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: July 27, 2026

BAKER MANOCK & JENSEN, PC

By: */s/ Dirk B. Paloutzian*
Dirk B. Paloutzian
Attorneys for The GEO Group, Inc.

Dated: July 27, 2026

ROSEN BIEN GALVAN & GRUNFELD LLP
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE

By: */s/ Ernest Galvan (auth. via 7/24/26 email)*
Ernest Galvan
Attorneys for Plaintiffs

# PROOF OF SERVICE

**GOMEZ, et al. v. THE GEO GROUP, INC.**
**U.S. District Court Case No. 1:22-CV-00868-ADA-CDB**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Fresno, State of . My business address is 5260 North Palm Avenue, Suite 201, Fresno, CA 93704.

On July 27, 2026, I served true copies of the following document(s) described as **JOINT STATUS REPORT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Pursuant to California Rules of Court, Rule 2.251 and Code of Civil Procedure §1010.6, I caused a copy of the document(s) to be sent from e-mail address lmarcyes@bakermanock.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 27, 2026, at Fresno, California.

/s/ Lanette I. Marcyes
Lanette I. Marcyes

**SERVICE LIST**
***GOMEZ, et al. v. THE GEO GROUP, INC.***
**U.S. District Court Case No. 1:22-CV-00868-ADA-CDB**

*ATTORNEYS FOR PLAINTIFFS*

Gay Crosthwait Grunfeld
Ernest Galvan
Michael Freedman
Ben Hattem
ROSEN, BIEN, GALVAN & GRUNFELD, LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Tel: (415) 433-6830
Fax: (415) 433-7104
Email: ggrunfeld@rbgg.com
egalvan@rbgg.com
mfreedman@rbgg.com
bhattem@rbgg.com

Priya Arvind Patel
Trevor Kosmo
CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, California 94601-3402
Tel: (510) 437-1554
Email: ppatel@centrolegal.org
tkosmo@centrallegal.org

Lisa V. Knox
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Tel: (510) 230-6746
Email: lisa@ccijustice.org